William Eugene Leslie, by Addie Miller, appellant, v. City of Chicago, appellee. Gen. No. 32,560.

 Opinion filed June 25, 1928.

Michael W. Kaveney, for appellant. Samuel A. Ettelson, Corporation Counsel, and William D. Saltiel, City Attorney, for appellee; E. Marshall Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Paul E. Fleming, appellant, v. Lucia A. Ward, appellee. Gen. No. 32,625.

 Opinion filed June 25, 1928.

Newman, Poppenhusen, Stern & Johnston and Bloom & Wester, for appellant. Eastman, White, Hawxhurst & Lind, for appellee; Homer C. Dawson, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Nell Nelp Koempel, appellant, v. Union Bank of Chicago, appellee. Gen. No. 32,714.

 O'Connor, J., dissents. Opinion filed June 25, 1928. Rehearing denied July 9, 1928.

C. E. Tripp, for appellant. Joseph B. Lawler, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

William A. Furry, appellee, v. Michigan Central Railroad Company, appellant. Gen. No. 32,383.

 Opinion filed June 27, 1928. Rehearing denied July 9, 1928.

Winston, Strawn & Shaw, for appellant; Silas H. Strawn, Charles J. McFadden and Harold A. Smith, of counsel. Joseph D. Ryan, for appellee; Joseph D. Ryan and Edmund M. Sinnott, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.